United States District Court

Eastern District of California

William W. McClellan,

     Petitioner,                   No. Civ. S 01-0847 DFL PAN P

  vs.                             Order

Suzan Hubbard, et al.,

     Respondents.

-oOo-

October 27, 2005, petitioner requested an extension of time to seek a certificate of appealability. The court deems this a request for an extension to file and serve a notice of appeal. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: November 1, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge